604

MICHAEL J. MINOT, an Infant by HERBERT S. MINOT, His Guardian ad Litem, et al., Appellants, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 6 et al., Respondents, et al., Defendant. (Action No. 1) MICHEAL J. MINOT, an Infant by HERBERT S. MINOT, His Guardian ad Litem, et al., Appellants, v. WHITE PLAINS HOSPITAL ASSOCIATION, INC., et al., Respondents. (Action No. 2)

Christ, P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.